IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CYNTHIA IRENE CREASMAN BELK, | § § § § |
| PLAINTIFF, | § § CIVIL ACTION NO. 1:05-CV00051 |
| Vs | § § |
| NORTHWEST GEORGIA BANK and LAUREL SHADWICK, | § § § |
| DEFENDANTS. | § |

## DISMISSAL WITH PREJUDICE

Now comes the plaintiff, Cynthia Irene Creasman Belk, by and through her attorney and dismisses the Complaint filed against the defendants Northwest Georgia Bank and Laurel Shadwick with prejudice.

/s/ D. Mitchell Bryant
D. Mitchell Bryant
BPR# 012581
Attorney for Plaintiff
P.O. Box 1021
Cleveland, Tennessee 37364
Telephone: 423-478-1111
Email: dmbryantattorney@aol.com

# CERTIFICATE OF SERVICE

I hereby certify that on 06-06-06, I electronically filed the **Dismissal with Prejudice** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Clifton M. Patty, Jr.
P.O. Box 727
Ringgold, Georgia 30736
pattylaw@catt.com

/s/ D. Mitchell Bryant
D. Mitchell Bryant
BPR# 012581
Attorney for Plaintiff
P.O. Box 1021
Cleveland, Tennessee 37364
Telephone: 423-478-1111
Email: dmbryantattorney@aol.com